# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NYUTU K. WOODS,

    Petitioner,

vs.

STATE OF NEVADA, *et al.*,

    Respondents.

Case No. 2:13-cv-01333-APG-GWF

**O R D E R**

Respondents have filed a motion for a second extension of time in which to file a response to the petition for a writ of habeas corpus. (Dkt. #9). Respondents seek a 49-day enlargement of time, up to and including February 10, 2014, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file a response to the petition (Dkt. #9) is **GRANTED.** The response shall be filed on or before **February 10, 2014.**

Dated this 23rd day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE