# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NYUTU K. WOODS, | ) |
| Petitioner, | ) Case No. 2:13-cv-01333-APG-GWF |
| vs. | ) **O R D E R** |
| STATE OF NEVADA, *et al.*, | ) |
| Respondents. | ) |

Respondents have filed a motion for a second extension of time in which to file a response to the petition for a writ of habeas corpus. (Dkt. #9). Respondents seek a 49-day enlargement of time, up to and including February 10, 2014, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file a response to the petition (Dkt. #9) is **GRANTED.** The response shall be filed on or before **February 10, 2014.**

Dated this 23rd day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE